**IN THE SUPERIOR COURT
OF GUAM**

FILED
SUPERIOR COURT

202 ... -2  AM 10: 23

CLERK OF COURT
BY         ____  ____

MARIAN M ADA,

       Plaintiff,

   v.

RAYMOND T. MATANANE and
ROSELEEN M. BROWN,

       Defendants.

Civil Case no.CV0812-01

**DECISION AND ORDER**
re: Motion to Strike

## INTRODUCTION

This matter came before the Honorable Judge Michael J. Bordallo on November 3, 2011. The Plaintiff appeared *pro* se. The Defendants were represented by Attorney Jeffrey A. Cook. After considering the matter presented, the court now issues the following decision and order granting Defendant's motion to strike.

## BACKGROUND

On July 28, 2011, the parties appeared for a status hearing where the court instructed both parties to file briefs on or before August 19, 2011, setting forth whatever issues the parties still believed are before the court in the litigation. Defendants timely submitted their memorandum asking the court to order Plaintiff to pay their reasonable attorney's fees and costs. Defendants also request the court award them punitive damages based on Plaintiff's actions throughout the instant litigation. On September 2, 2011, Plaintiff filed an answer to Defendant's memorandum. Defendants argue Plaintiff's answer is untimely and not responsive to the court's previous order and thus should be stricken from the record.

## DISCUSSION

The issues presented by the Defendants are twofold: (1) whether the court will strike the Plaintiff's answer to Defendant's memorandum and (2) whether the court will consider the Defendants' request to award them reasonable attorney's fees, costs and punitive damages?

Defendants argue the court should strike Plaintiffs answer to Defendant's memorandum because it is untimely and not responsive to the court's previous order.[1] According to CVR7.1(f), "Papers not timely filed by a party including any other memoranda or other papers required to be filed under this Rule shall not be considered without leave of court." In the instant case, the court agrees with Defendants that answer filed by the Plaintiff was not filed on time. Furthermore, the court finds that the answer to memorandum was unresponsive to the court's July 28, 2011 order. The answer is a response to what the Defendants filed, it does not address what issues still needs to be resolved, which is what the court ordered to be filed. Therefore, the court strikes the Plaintiff's answer to memorandum.

In regards to attorney's fees, costs and punitive damages, Defendants asks the court to award them such based on Plaintiff's actions throughout the instant litigation. Although the court will not address the merits of such arguments at this time, the court will allow the issue to be briefed by the parties. Thus, the court orders that the parties submit further briefings on the issue of whether Defendants shall be awarded reasonable attorney's fees, costs and/or punitive damages.

---

[1] The Plaintiff's answer to memorandum was filed on September 2, 2011.

## CONCLUSION

For these reasons, the court **GRANTS** Defendants' Motion to Strike. The court also orders the  parties to submit their briefs on the issue of attorney's fees, costs and punitive damages on or before _March 23_ 2012.

SO ORDERED, this __2__ day of _Feb_ 2012.

Original Signed By:
HON. MICHAEL J. BORDALLO

HONORABLE MICHAEL J. BORDALLO
Judge, Superior Court of Guam

I do hereby certify that the foregoing
is a full, true and correct copy of the
original on file in the office of the
clerk of the Superior Court of Guam.
Dated at Agana, Guam

FEB 0 2 2012